IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cv-00654-BO

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>BOJANGLES' RESTAURANTS, INC.,<br><br>        Defendant. | **JOINT MOTION FOR ENTRY OF CONSENT DECREE** |

Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Bojangles' Restaurants, Inc. respectfully move this Court to enter the attached Consent Decree.

Respectfully submitted this the 30th day of November, 2017.

**WE SO MOVE:**

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

s/ *Rachael S. Steenbergh*
RACHAEL S. STEENBERGH
South Carolina Federal Bar No. 10867
Trial Attorney
**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 954-6472
Facsimile: (704) 954-6412
Email: rachael.steenbergh@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**

**WITH CONSENT OF:**

ROBINSON, BRADSHAW & HINSON, P.A.

Charles E. Johnson
N.C. Bar No. 9890
cejohnson@robinsonbradshaw.com

Brian L. Church
N.C. Bar No. 39581
bchurch@robinsonbradshaw.com

101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000

**ATTORNEYS FOR DEFENDANT**

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2017, I electronically filed the above **JOINT MOTION FOR ENTRY OF CONSENT DECREE** with the Clerk of Court using the CM/ECF system, which automatically sends notification of such filing to counsel of record at the email addresses listed below:

**Counsel for Defendant:**

Charles E. Johnson
cejohnson@robinsonbradshaw.com

Brian L. Church
bchurch@robinsonbradshaw.com

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**s/ *Rachael S. Steenbergh***
RACHAEL S. STEENBERGH
South Carolina Federal Bar No. 10867
Trial Attorney
**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 954-6472
Facsimile: (704) 954-6412
Email: rachael.steenbergh@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**